**Praxedis CASTRO–RODRIGUEZ,** Petitioner

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 08–60343
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2010.

Elisabeth S. Brodyaga, Refugio Del Rio Grande, San Benito, TX, for Petitioner.

Kiley L. Kane, Esq., Tangerlia Cox, Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, E.M. Trominski, District Director, U.S. Immigration and Naturalization Service, Harlingen, TX, for Respondent.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

Praxedis Castro–Rodriguez has filed in this court a petition for review of an order by the Board of Immigration Appeals (BIA) affirming an immigration judge's (IJ) decision finding him removable from the United States and denying his application for cancellation of removal. After briefing in this case was complete, the Respondent filed an unopposed motion requesting remand of this case in light of the United States Supreme Court's decision in *Carachuri–Rosendo v. Holder,* —— U.S. ——, 130 S.Ct. 2577, 177 L.Ed.2d 68 (2010). Because the legal basis for the BIA's determination that Castro–Rodriguez was removable and ineligible for cancellation of removal was invalidated by the Supreme Court in *Carachuri–Rosendo,* we GRANT his petition for review and REMAND this case to the BIA for further proceedings.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.